THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAVON SANDERS,**                                                                                          **PLAINTIFF**
**ADC #103433**

v.                                             Case No. 4:20-cv-00908-KGB-JTK

**WENDY KELLEY,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Javon Sanders's complaint is dismissed without prejudice (Dkt. No. 1).

It is so adjudged this 8th day of February, 2021.

_____
Kristine G. Baker
United States District Judge